1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  SAMUEL BOYKIN, | Case No. 2:23-CV-01516-DB |
| 12            Plaintiff, | **ORDER DISMISSING VALERO SERVICES, INC. PLAN** |
| 13       vs. | |
| 14  UNUM LIFE INSURANCE COMPANY OF AMERICA; VALERO SERVICES, INC. PLAN 15  and DOES 1 through 10, | Judge:   Hon. Deborah Barnes |
| 16            Defendants. | |

17

18   The Court, having read the Stipulation to Dismiss Valero Services, Inc. Plan, hereby grants

19   the joint request by Plaintiff SAMUEL BOYKIN ("Plaintiff") and Defendant UNUM LIFE

20   INSURANCE COMPANY OF AMERICA ("Unum Life") (collectively, "Parties") to dismiss Valero

21   Energy Corporation Flex and Renewable Fuels Plan (erroneously named as "Valero Services, Inc.

22   Plan") ("the Plan") from this action without prejudice, with both Parties to bear their own attorneys'

23   fees and costs directly related to the instant Stipulation and dismissal of the Plan.  Unum Life shall

24   remain the only named defendant in this case.

25

26   Dated: August 24, 2023          /s/ Daniel J. Calabretta

27                                                        THE HONORABLE DANIEL J. CALABRETTA
                                                          UNITED STATES DISTRICT JUDGE
28