UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BOYKIN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, VALERO SERVICES, INC. PLAN and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No.: 2:23−CV−01516−DB<br><br>**ORDER RE<br>JOINT STIPULATION<br>RE STANDARD OF REVIEW** |

Based on the Joint Stipulation Re Standard of Review entered into by and between the parties, the court hereby orders that the *de novo* standard of review shall be applied in this matter.

Dated: August 24, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE