AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____California_____

Samuel Boykin

Plaintiff (s),

V.

Unum Life Insurance Company of America;
Valero Services, Inc. Plan, Et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:23-cv-01516-TLN-DB

Notice is hereby given that, subject to approval by the court, __Unum Life Insurance Company of America__ substitutes
(Party (s) Name)

__Nicole Y. Blohm__, State Bar No. __177284__ as counsel of record in place
(Name of New Attorney)

place of __Nicole Y. Blohm__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: BURKE, WILLIAMS & SORENSEN, LLP

Address: 444 South Flower Street, Suite 2400 | Los Angeles, CA 90071

Telephone: 213.236.0600    Facsimile    213.236.2700

E-Mail (Optional): nblohm@bwslaw.com

I consent to the above substitution.

Date: 7/12/2024

_[signature]_
(Signature of Party (s))

I consent to being substituted.

Date: 7/12/2024

/s/ Nicole Y. Blohm
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 7/12/2024

/s/ Nicole Y. Blohm
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: July 15, 2024

_[signature]_
Judge

4887-2647-7520 v1