UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL BOYKIN,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, VALERO SERVICES, INC. PLAN and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No.: 2:23−CV−01516−TLN−SCR<br><br>**ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS** |

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The deadline for Plaintiff to file a cost bill which is currently set for July 1, 2025 is extended to September 8, 2025.

2. The deadline for Plaintiff to file a motion for attorneys' fees and costs which is currently set for July 15, 2025 is extended to September 8, 2025.

IT IS SO ORDERED.

Dated: June 24, 2025

_____
Troy L. Nunley
Chief United States District Judge

– 1 –

ORDER