# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SAMUEL BOYKIN,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; VALERO SERVICES, INC. PLAN<br>and DOES 1 through 10,<br><br>　　　　　Decedents. | Case No. 2:23-cv-01516-TLN-SCR<br><br>**ORDER EXTENDING DEADLINE TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge:　Troy L. Nunley<br>Ctrm:　2, 15th Floor<br><br>Complaint Filed: July 24, 2023 |

Upon consideration of the Parties' Stipulation, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The deadline for Plaintiff to file a cost bill which is currently set for September 8, 2025 is extended to October 8, 2025.

2. The deadline for Plaintiff to file a motion for attorneys' fees and costs which is currently set for September 8, 2025 is extended to October 8, 2025.

**IT IS SO ORDERED:**

Dated: August 19, 2025

_____
Troy L. Nunley
Chief United States District Judge